UNITED STATES of America, Plaintiff–Appellee,

v.

Charles Alvin FENDERSON, Defendant–Appellant.

No. 01–50160.

D.C. No. CR–00–02764–MJL.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 12, 2002.*

Decided Aug. 15, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM **

Charles Alvin Fenderson appeals his conviction and sentence of twelve months and one day, following a conditional guilty plea to importing marijuana into the United States, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Fenderson contends that in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), 21 U.S.C. §§ 952 and 960 are facially unconstitutional. This contention is foreclosed by our decisions upholding these statutes despite *Apprendi*. *See United States v.*

*Varela–Rivera,* 279 F.3d 1174, 1175 n. 1 (9th Cir.2002), and *United States v. Mendoza–Paz,* 286 F.3d 1104, 1109–10 (9th Cir. 2002).

Fenderson further contends that *Apprendi* requires the government to prove *mens rea* as to the type and amount of drug in order to sustain a conviction for unlawful importation of marijuana. We have recently rejected this argument in *United States v. Carranza,* 289 F.3d 634, 644 (9th Cir.2002), and do so here.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.